AO 91 (Rev. 11/11) Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | Nancy Abraham | Telephone: | (810) 766-5034 |
| Special Agent: | Dustin Hurt | Telephone: | (810) 219-6277 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.

**COREY JOMECHEE GRAY**

Case: 4:21-mj-30329
Judge: Unassigned,

Filed: 07-02-2021 At 11:10 AM
CMP USA V GRAY (kcm)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 1, 2021__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3) | user in possession of a firearm |

This criminal complaint is based on these facts:
See attached

☑ Continued on the attached sheet.

_____
Complainant's signature

DUSTIN HURT, Special Agent, ATF&E
Printed name and title

Sworn to before me and signed in my presence.

Date: July 2, 2021

City and state: _____

_____
Judge's signature

CURTIS IVY, JR., U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**
*United States v. Corey Jomechee Gray*

I, Dustin Hurt, being first duly sworn, hereby depose and state as follows:

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since October of 2018. I am currently assigned to the Detroit Field Division, Flint Field Office. Before working for the ATF, I was employed by the Michigan Department of State Police (MSP) for approximately seven years. Before working for MSP, I was a local police officer for the Grand Ledge Police Department for approximately three years. I held numerous positions with the MSP, including Detective Sergeant in the Polygraph Unit and Task Force Officer with the FBI. During my employment with ATF and MSP, I have conducted or participated in numerous criminal investigations focused on firearms, armed drug trafficking, and criminal street gangs, and other violations of federal law.

2. I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this

1

investigation.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C.§922(g)(3) have been committed by Corey Jomechee Gray.

4. On July 01, 2021 at approximately 0445hrs, Flint Police responded to the address of 606 West Lorado Avenue, Flint, MI regarding shots fired into an occupied dwelling. Further investigation revealed a neighbor residing at 610 West Lorado Avenue, Flint, MI was shot in the back during this incident.

5. Officers located approximately fifty (50) fired shell casings in various calibers, including 9mm and 10mm outside the residence. Additionally, it was discovered this residence had numerous fresh bullet holes, as well as a Nissan Altima parked in front of the home with two bullet holes.

6. Later on the same date, Detective Trooper Justin Clarke arrived at the Subject Property and made contact the homeowner, Jomechee Tekeno-Montoya Gray (XX-XX-1966). During this contact Jomechee Gray Detective Clarke that the residence was previously searched by Flint PD in the fall of 2020. Jomechee Gray further stated that despite police previously conducting a search warrant at this house, he has several guns in the home. Jomechee added he, "always has guns," and competes in NRA-based shooting competitions.

7. On July 1, 2021 a federal search warrant was executed at 606 West Lorado Avenue, Flint, Michigan. Corey Gray and Jomechee Gray were in the residence at the time of the search.

8. Seized from a hall closet in the common area of the residence was a Taurus, Model PT 738, .380 caliber pistol, serial number D094090. The firearm was loaded with one round in the chamber. Based on my training and experience I know that the firearm was manufactured outside the state of Michigan.

9. Also seized from the residence were two loaded magazines, an empty magazine and several rounds of live 9 millimeter, .38 caliber, 30-30 caliber, 7.62 caliber and .40 caliber ammunition. Ammunition and one of the loaded magazines were seized form the windowsill of the west bedroom. In the nightstand of the west bedroom officers found the empty magazine, 9 millimeter ammunition and residency documents for Corey Gray. Officers also found a quantity of marijuana in the nightstand.

10. I know based on my training and experience that marijuana is a Schedule I controlled substance as defined by section 102 of the Controlled Substances Act (21 U.S.C. § 802(6)).

11. Corey Gray was charged in a federal complaint on May 20, 2021 with possession of a machine gun in violation of Title 18 U.S.C. § 922(o) and

possession of an unregistered firearm in violation of Title 26, U.S.C. § 5861(d). (*United States v.* Gray, 21-mj-30236).  On May 25, 2021, Gray was released on an unsecured bond with conditions that included that he shall "not possess a firearm, destructive device, or other dangerous weapons.  Removal all firearms, destructive devices or other dangerous weapons from bond address and provide verification to the supervising officer within 48 hours."

12. On July 1, 2021, U.S. Pretrial Services Officer Linsey Carson authored a Status Memo stating Corey Gray was released on a $10,000 unsecure Bond with conditions that include drug testing and treatment. On May 26, 2021, Corey Gray tested positive for marijuana.

13. On July 01, 2021, I spoke with U.S. Pretrial Services Officer Linsey Carson regarding Corey Gray's release conditions. At that time, Officer Carson confirmed the address of 606 West Lorado Avenue, Flint, MI as Corey Gray's residence. Officer Carson further advised that Corey Gray was informed he is not allowed access to firearms while under federal supervision.

14. On July 2, 2021, Special Agent Nathan Sutara ran a LEIN query on the firearm and it revealed that the firearm is not registered.

15. Based on the foregoing, I have probable cause to believe that on July 1, 2021, in the Eastern District of Michigan, Corey Jomechee Gray, being a user and

4

person addicted to a Schedule I controlled substance knowingly possessed, in and affecting commerce, a firearm in violation of 18 U.S.C. § 922(g)(3).

_____
DUSTIN HURT, Affiant
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on  July 2, 2021                              .

_____
HON. CURTIS IVY, JR.
United States Magistrate Judge

5